Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
OCT 26 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Northern District of California

San Francisco Division

CV23-5533
KAW

| | |
|---|---|
| Terrance Turner | Case No. __:__-CV-_____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| "Keller Williams Realty, Inc" <br> "Keller Williams International, Inc" <br> "Vergara Properties, Inc" <br> "Masciotti Real Estate" | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terrance Turner |
   | Street Address | 45520 East Severn Way #410 |
   | City and County | Sterling |
   | State and Zip Code | VA, 20166 |
   | Telephone Number | (855) 365-1943 |
   | E-mail Address | Legal@ServiceZeroProfessionalServices.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Keller Williams Realty San Francisco, 1616 California St, San Francisco, CA 94109 (415) 483-9285

Job or Title (if known) — Keller Williams Realty San Francisco, 2207 Lombard St, San Francisco, CA 94123 (415) 317-2006

Street Address — Keller Williams Realty, Inc, 1221 South Mopac Expy, Suite 400, Austin, TX 78746 (512) 327-3070

City and County — Vergara Properties, Inc, 23670 Hawthorne Blvd, Torrance, CA 90505 (310) 300-1659

State and Zip Code — Tony Masciotti Real Estate, 23670 Hawthorne Blvd, Suite 100, Torrance, CA 90505 (310) 901-3600

Telephone Number — (310) 375-3511

E-mail Address (if known) — legal@kw.com, info@vergarapropertiesinc.com, tony@tonymasciotti.com  https://tonymasciotti.kw.com

Defendant No. 2

Name — The Federal Trade Commission

Job or Title (if known) — 600 Pennsylvania Avenue, NW

Street Address — Washington, DC 20580

City and County —

State and Zip Code — U.S. Department of Justice

Telephone Number — 950 Pennsylvania Avenue, NW

E-mail Address (if known) — Washintong, DC 20530

Defendant No. 3

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

Defendant No. 4

Name — USSOCOM

Job or Title (if known) — FBI

Street Address — CIA

City and County — Secret Service

State and Zip Code — IRS, SEC, DHS, NSA, BATF

Telephone Number —

E-mail Address (if known) —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, The Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes, Negligence ~
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241,
18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030,
18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349
Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Virginia.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Terrance Turner, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)*
      Virginia.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* [N∧A], is a citizen of the State of *(name)* [N∧A]. Or is a citizen of *(foreign nation)* [N∧A].

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* [N∧A], is incorporated under the laws of the State of *(name)* [N∧A], and has its principal place of business in the State of *(name)* [N∧A].
Or is incorporated under the laws of *(foreign nation)* [N∧A], and has its principal place of business in *(name)* [N∧A].

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$40,000,000 USD, due to lost future earnings, lost future revenue, punitive damages due to actions of conspiracy, due to result of action sets that operate as antitrust actions functioning as monopoloy causing harm against a specific particular individual, conspiracy to defraud, conspiracy to perform wire fraud allegations against an organization, conspiracy to perform bank fraud and currency fraud against an individual in disenfranchisement of federal statutes

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The victim in this case identified as "Uri Moscovici" is a resident of The State of California and has no capacity to idenitfy normal, ABA alleged legal counsel, since the whole entire legal market is engaged in legal malpractice anarchy fraud where "no one takes cases", "they steal money from the client in billables contract fraud", "they take your money and never file a lawsuit", "they take your money and do nothing telling you that they are working on it", "they don't do anything for weeks and never call you back after months". "Uri Moscovici" has Russia national origin and is being discriminated against in violation of Title VI Civil Rights, and The Federal Fair Housing Act where the individual cannot "enjoy" his properties because of "interference" performed by the

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

organizations named as the defendants, and especially because there is no customer service process that will assist anyone who is filing a complaint against an organization, that the organzation across all of its levels and layers will pursue with integrity and appropriate performance. The victim has lost more than $100,000 USD in business dealings with Tony Masciotti who operates under brand and affiliation with Keller Williams Realty who is liably and culpable for the peformance of this employee and contract party, and Vergara Proprties who is performing willful, malicious acts of interference and malicious negligence intentionally, because, today, no one wants to solve their problems, they all perform acts of censorship to "beat up on the victim" in combined ways that

they all try to happily ignore and continue upon their day. The defendants are all performing individual actions, but the results and ends of consequences are combining and tying in anticompetition, unfair market dynamic ways which The FTC and The Justice Department need to investigate, as well as other lawsuits that "I" have personally filed in support of the economy of this country. Businesses and their associates, affiliates, ilk, and patrons do whatever they like and some little person can't stop them, because lawyers will not assist, and lawyers will do everything to "take your money" "just to talk to you" but will never file a lawsuit, such as this, especially in federal court where the most justice can occur where judges have the responsibility to restrain violations of the law

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/30/2023



Signature of Plaintiff

Printed Name of Plaintiff: Terrance Turner

### B. For Attorneys

Date of signing: 10/30/2023



Signature of Attorney

| Printed Name of Attorney | Terrance Turner |
| --- | --- |
| Bar Number | INTERPOL SEC BAR 431170989 |
| Name of Law Firm | Service Zero Professional Services |
| Street Address | ~ |
| State and Zip Code | Reston, VA 20190 |
| Telephone Number | (855) 365-1943 |
| E-mail Address | Legal@ServiceZeroProfessionalServices.com |

Terrance Turner
Federal Bar Association, INTERPOL SEC 431170989
45520 East Severn Way, #410
Sterling, VA 20166
Legal@ServiceZeroProfessionalServices.com
(855) 365-1943

*Attorney for the Plaintiff and the Proposed Claim, and victim of the allegations & charges*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRANCE TURNER,<br>*individually and on behalf of the Proposed Claim, and victim of the allegations & charges*<br><br>Plaintiff,<br><br>v.<br><br>"Keller Williams Realty, Inc","Vergara Properties, Inc"<br>"Keller Williams Realty International"<br><br>Defendant, | **CIVIL COMPLAINT**<br><br>**FEDERAL FAIR HOUSING ACT**<br>**ELECTRONIC FUND TRANSFER ACT**<br>**TITLE "31","15", & "11" VIOLATIONS**<br>**TORTIOUS INTERFERENCE, LIABILITY**<br><br>**DEMAND FOR BENCH TRIAL** |

### I.      JURISDICTION – SECTION ONE

1. **TITLE "28" U.S.C. § 1331 – THE FEDERAL QUESTION**
   The district courts shall have original jurisdiction *of **all** civil actions* <u>arising under</u> the constitution, *laws*, or treaties of the United States".

2. **TITLE "28" U.S.C. § 1332 – THE DIVERSITY QUESTION**
   The district courts shall have original jurisdiction of all civil actions where *the matter in controversy exceeds* the sum or value of $50,000, exclusive of interest and costs, and is between, (1) *citizens of different states*; (2) citizens of a state and citizens or subjects of a foreign state; (3) *citizens of different states* and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, *as plaintiff and citizens of a state or of different states.*

~ 1 ~

## II. JURISDICTION – SECTION TWO

1. **TITLE "15" U.S.C. § 2061, - IMMINENT HAZARDS**
   *(B) RELIEF; PRODUCT CONDEMNATION AND SEIZURE*
   (1) *The district court in which such action is filed shall have jurisdiction* to declare such product an imminently hazardous consumer product, and (in the case of an action under subsection (A)(2) of this section) to grant (as ancillary to such declaration or in lieu thereof) such temporary or permanent relief as may be necessary to protect the public from such risk. Such relief may include a mandatory order requiring the notification of such risk to purchasers of such product known to the defendant, public notice, the recall, the repair or the replacement of, or refund for, such product.
   (2) In the case of an action under subsection (A)(1) of this section, the consumer product may be proceeded against by process of libel for the seizure and condemnation of such product in any United States district court within the jurisdiction of which such consumer product is found. Proceedings and cases instituted under the authority of the preceding sentence shall conform as nearly as possible to proceedings in rem in admiralty.

   *(D) JURISDICTION AND VENUE; PROCESS; SUBPOENA*
   (1) An action under subsection (A)(2) of this section may be brought in the United States district court for the District of Columbia or in *any judicial district in which any of the defendants is found, is an inhabitant or transacts business*; and process in such an action may be served on a defendant in any other district in which such defendant resides or may be found. Subpoenas requiring attendance of witnesses in such an action may run into any other district. In determining the judicial district in which an action may be brought under this section in instances in which such action may be brought in more than one judicial district, the Commission shall take into account the convenience of the parties.
   (2) Whenever proceedings under this section involving substantially similar consumer products are pending in courts in two or more judicial districts, they shall be consolidated for trial by order of any such court upon application reasonably made by any party in interest, upon notice to all other parties in interest.

2. **TITLE "15" U.S.C. § 2064, - SUBSTANTIAL PRODUCT HAZARDS**
   *(A) "SUBSTANTIAL PRODUCT HAZARD" DEFINED*
   (2) a product defect which (because of the pattern of defect, the number of defective products distributed in commerce, the severity of the risk, or otherwise) creates a substantial risk of injury to the public.
   (B) Noncompliance with applicable consumer product safety rules; product defects; notice to Commission by manufacturer, distributor, or retailer (3) contains a defect which could create a substantial product hazard described in subsection (A)(2); or (4) creates an unreasonable risk of serious injury or death

### III.    JURISDICTION – SECTION THREE

1. **TITLE "15" U.S.C. § 25, – RESTRAINING VIOLATIONS; PROCEDURE**
   *The several district courts of the United States* are invested with *jurisdiction to prevent and restrain violations* of this Act, and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petition setting forth the case and praying that such violation shall be enjoined or otherwise prohibited. When the parties complained of shall have been duly notified of such petition, the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition, and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises. *Whenever it shall appear to the court before which any such proceeding may be pending that the ends of justice require that other parties should be brought before the court, the court may cause them to be summoned whether they reside in the district in which the court is held or not, and subpoenas to that end may be served in any district by the marshal thereof.*

2. **TITLE "15" U.S.C. § 22, - DISTRICT IN WHICH TO SUE CORPORATION**
   *Any suit*, action, or proceeding under the antitrust laws against a corporation *may be brought not only* in the judicial district whereof it is an inhabitant, but also *in any district* wherein it may be found or *transacts business*; and all process in such cases may be served *in the district* of which it is an inhabitant, or *wherever it may be found.*

3. **TITLE "15" U.S.C. § 4, - JURISDICTION OF COURTS; DUTY OF UNITED STATES ATTORNEYS**
   *The several district courts of the United States are invested with jurisdiction to prevent and restrain violations* of sections 1 to 7 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity *to prevent and restrain such violations.*

4. **TITLE "15" U.S.C. § 27, - EFFECT OF PARTIAL INVALIDITY**
   If any clause, sentence, paragraph, or part of this Act shall, for any reason, be adjudged by any court of competent jurisdiction to be in-valid, such judgment shall not affect, impair, or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, or part thereof directly involved in the controversy in which such judgment shall have been rendered.

5. **TITLE "15" U.S.C. § 24, - LIABILITY OF DIRECTORS AND AGENTS OF CORPORATION**
   Whenever a corporation shall violate any of the penal provisions of the antitrust laws, such violation shall be deemed to be also that of the individual directors, officers, or agents of such corporation who shall have authorized, ordered, or done any of the acts constituting in whole or in part such violation, and such violation shall be deemed a misdemeanor, and upon conviction therefor of any such director, officer, or agent he shall be punished by a fine of not exceeding $5,000 or by imprisonment for not exceeding one year, or by both, in the discretion of the court.

## IV.   JURISDICTION – SECTION FOUR

1. **TITLE "15" U.S.C. § 5, – BRINGING IN ADDITIONAL PARTIES**
   *Whenever it shall appear to the court before which any proceeding* under section 4 of this title may be pending, that *the ends of justice require that other parties should be brought* before the court, *the court may cause them to be summoned, whether they reside in the district in which the court is held or not;* and subpoenas to that end *may be served in any district* by the marshal thereof.

2. **TITLE "15" U.S.C. § 15D, – MEASUREMENT OF DAMAGES**
   In any action under section 15c(a)(1) of this title, in which there has been a determination that a defendant agreed to fix prices in violation of sections 1 to 7 of this title, damages may be proved and assessed in the aggregate by statistical or sampling methods, by the computation of illegal overcharges, or by such other reasonable system of estimating aggregate damages as the court in its discretion may permit without the necessity of separately proving the individual claim of, or amount of damage to, persons on whose behalf the suit was brought.

3. **TITLE "15" U.S. C. § 45B, - CONSUMER REVIEW PROTECTION**
   (a) (2)Covered communication The term "covered communication" means a written, oral, or pictorial review, performance assessment of, or other similar analysis of, including by electronic means, the goods, services, or conduct of a person by an individual who is party to a form contract with respect to which such person is also a party. *(e)Enforcement by States (5)Venue; service of process (A)Venue Any action brought under paragraph (1) may be brought in— (i)the district court of the United States that meets applicable requirements relating to venue under section 1391 of title 28; or (ii)another court of competent jurisdiction.*

4. **TITLE "15" U.S.C. § 15, – SUITS BY PERSONS INJURED**
   (a)Amount of recovery; prejudgment interest Except as provided in subsection (b), *any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy*, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee. The court may award under this section, pursuant to a motion by such person promptly made, simple interest on actual damages for the period beginning on the date of service of such person's pleading setting forth a claim under the antitrust laws and ending on the date of judgment, or for any shorter period therein, if the court finds that the award of such interest for such period is just in the circumstances. In determining whether an award of interest under this section for any period is just in the circumstances, the court shall consider only—

5. **TITLE "15" U.S.C. § 26, – INJUNCTIVE RELIEF FOR PRIVATE PARTIES; EXCEPTION; COSTS**
   *Any person, firm, corporation, or association shall be entitled to sue* for and have injunctive relief, *in any court of the United States having jurisdiction over the parties, against threatened loss or damage by a violation of the antitrust laws*, including sections 13, 14, 18, and 19 of this title, when

and under the same conditions and principles as injunctive relief against threatened conduct that will cause loss or damage is granted by courts of equity, under the rules governing such proceedings, and upon the execution of proper bond against damages for an injunction improvidently granted and a showing that the danger of irreparable loss or damage is immediate, a preliminary injunction may issue.

## V.  FACTS & ALLEGATIONS

1. The victim is identified as "Uri Moscovici" a resident of The State of California and a Russian Native, who is a legitimate, stable business person with interests in finance and the economy and other beneficial structures that denote worth in capitalism and meritocracy function ordinate to the Civil Rights & Civil Liberties endowed upon use from The U.S. Constitution, and The Declaration of Independence, inclusive to The Bill of Rights, and treaties of diplomacy and fair national consideration with other countries, in commensuration with other United Nations obligations.

2. The defendants are regarded as "Keller Williams Realty Inc", "Keller Williams Realty International, Inc", "Vergara Properties Inc", and "Tony Masciotti Real Estate" as a business who personally resides in San Francisco California. Keller Williams Realty operates and owns several offices, physical site locations, that exist within the specific city limits of San Francisco California, the surrounding affectionate San Francisco metropolitan area, and the within-vicinity perfunctory boundaries of the region of Northern California.

3. The allegations of the case are essentially oriented around an independent property owner entangled in confusing obligations, attempting to right and rectify one or two properties under their ownership, but not exclusively under their own care and management. The defendants are accused of interfering and tortious interference in violation of federal law, state statutes, and criminal code ratifications that protect human rights, civil liberties, and the adjudication of law.

4. The defendants are accused of contributing to failed and required inspections of the property.

5. The defendants are accused not allowing repairs to occur on the properties.

6. The defendants are accused of issuing bad checks, creating false check transactions, operating within conspiracy to defraud a human being which has the potential to wreck international treaty and multinational trade relations.

7. The defendants are accused of violations of The Geneva Conventions treaties, sections, and codes related to international treaty obligations of all U.S. Domestic and American Citizens.

8. The defendants are accused of wire fraud in violation of federal and state criminal code statutes.

9. The defendants are accused of inhumane habitat conditions if violation of "fair housing" spirit of law and domicile functions related to the same.

10. The defendants are accused of failure to appear, civil procedure violations relating to the same.

## VI. CLAIMS

1. **TITLE "31" U.S.C. CHAPTER 39 – PROMPT PAYMENT § 3901 – 3907, - INTEREST PENALTIES & REGULATIONS**
   The defendants might not be acting out of direct and overt conspiracy intentions and psychological affiliations, such as a conspiracy of silence, where there is no evidence and there are no intelligence collections, of this earth of this planet, able to understand or decipher the artifacts or information involved, but the operation of a multi-party resultant scheme results and ends in the effects, consequences, circumstances, and events much similar to a conspiracy.

   The victim, has not been paid and cannot expand business and cannot expand evolution of revenue generating purposes that are co-authored by a "trust manager" who is in perpetuity, in perpetual control of the assets due to Moscow, KGB agreement of which the author of the lawsuit understands briefly, and not ubiquitously through the author of the lawsuit's relationship, prior and previous with USSOCOM and other governments of other nations, and other states in other previous lifetimes not current to this one.

2. **TITLE "31" U.S.C. § 3125, – RELIEF FOR LOST, STOLEN, DESTROYED, MUTILATED, OR DEFACED OBLIGATIONS**
   The defendants or a party affiliated with the defendants is performing acts of check fraud and wire fraud against the interests and equity of the victim.

3. **TITLE "11" U.S.C. – CHAPTER 5 – CREDITORS, THE DEBTOR, AND THE ESTATE - SUBCHAPTER I - CREDITORS AND CLAIMS - § 506 – 511, – FILING OF PROOFS OF CLAIMS OR INTERESTS, DETERMINATION OF SECURED STATUS**
   The defendants or a party affiliated with the defendants is performing acts of check fraud and wire fraud against the interests and equity of the victim in excess of $100,000 USD.

4. **ELECTRONIC FUND TRANSFER ACT**
   **TITLE "15" U.S.C. CHAPTER 41 – CONSUMER CREDIT PROTECTION - SUBCHAPTER VI - ELECTRONIC FUND TRANSFERS - § 1693 - 1693R**
   The defendants or a party affiliated with the defendants is performing acts of check fraud and wire fraud against the interests and equity of the victim in excess of $100,000 USD.

5. **FEDERAL FAIR HOUSING ACT**
   **TITLE "42" U.S.C. § 3604, – DISCRIMINATION IN THE SALE OR RENTAL OF HOUSING AND OTHER PROHIBITED PRACTICES**
   *(B)To discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, sex, familial status, or national origin.*

   The defendants are operating business affairs in such a manner where a U.S. National cannot rectify the state of several properties and cannot receive adequate service to enjoy the properties of their ownership.

This is largely due to the result of national origin of the victim.

6. **TITLE "42" U.S.C. § 3617, – INTERFERENCE, COERCION, OR INTIMIDATION**
   *It shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of his having exercised or enjoyed, or on account of his having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by section 3603, 3604, 3605, or 3606 of this title.*

   The defendants are operating business affairs in such a manner where a U.S. National cannot rectify the state of several properties and cannot receive adequate service to enjoy the properties of their ownership. This is largely due to the result of national origin of the victim. In the course of business "someone not calling you back", "someone not fixing something correctly", "someone not performing duties and responsibilities appropriately" works as and often is an act of coercion and intimidation, a direct threat. This interference prevents upholding of the spirit of the law of The Federal Fair Housing Act.

7. **TITLE "15" U.S.C. § 45, – UNFAIR METHODS OF COMPETITION UNLAWFUL**
   The defendant Keller Williams is a large real estate entity and incorporates business practices to unlawfully, unfairly "squash out" lesser non-competition, such as independent owners, independent lease owners, independent and excluded business partners from evolving their business, evolving and increasing revenue structures to keep the market entangled to the priority and to the preference of larger business entities such as itself, and those of which it would find favorable.

8. **TITLE "42" U.S.C. – CHAPTER 45 - FAIR HOUSING – SUBCHAPTER II - PREVENTION OF INTIMIDATION - § 3631**
   The defendants do not respond to telephone calls, attempts at fair communication, and fair appropriate inquiry to resolve disputes and problems which are violation of other Title "15" Federal Statutes cited by the author of this lawsuit in other lawsuits, and filed civil complaints. In the world of current day and age, the preference of the psychology of the dysfunctional and evil gives itself to a preference of censorship and noncommunication as a direct threat of violence. An organization not responding to an email or phone call to resolve a dispute regarding: bad payments, lack of payments, nonpayments, theft of currency, damage to property, theft of valuables, is intimidating the victim into a mode of acquiescence and compliance to comply forwardly, comply willingly or worse things will happen and will occur.

9. **TITLE "15" U.S.C. § 2, – MONOPOLIZING TRADE A FELONY; PENALTY**
   The defendants Keller Williams Inc, function as a monopoly along with its preferred and favored trade partners Vergara Properties Inc, and Masciotti Realty organizations, where the favored are allowed to prosper and these people, of today, totally truly and completely believe in killing baby sea turtles in any sort and manner to protect their market. They lure, in, the targeted victim subject, and portend well belief to the perception of the mind, and at some point, do bad, and keep the bad occurring and continuing, and fleece continuously and provide no resolution to any problem purported.

   This activity, especially performed by a unioned or disunioned conglomeration are acts of malicious willful harm of anticompetition, against fairness of transactions and exchanges of commerce and trade to deliberately harm independent operators and independent owners to prevent proliferation of trade and

commerce of citizens and U.S. Nationals who are attempting economic performance in legal ways.

10. **TITLE "15" U.S.C. § 1, – TRUSTS, ETC., IN RESTRAINT OF TRADE ILLEGAL; PENALTY**
The defendants Keller Williams Inc, function as a monopoly along with its preferred and favored trade partners Vergara Properties Inc, and Masciotti Realty organizations, where the favored are allowed to prosper and these people, of today, totally truly and completely believe in killing baby sea turtles in any sort and manner to protect their market. They lure, in, the targeted victim subject, and portend well belief to the perception of the mind, and at some point, do bad, and keep the bad occurring and continuing, and fleece continuously and provide no resolution to any problem purported.

This activity, especially performed by a unioned or disunioned conglomeration are acts of malicious willful harm of anticompetition, against fairness of transactions and exchanges of commerce and trade to deliberately harm independent operators and independent owners to prevent proliferation of trade and commerce of citizens and U.S. Nationals who are attempting economic performance in legal ways.

11. **TITLE "15" U.S.C. § 13 – DISCRIMINATION IN PRICE, SERVICES, OR FACILITIES**
The defendants operate businesses that excel in inflated pricing, and the businesses excel in gross, disfavorable to the average U.S. American Citizen's interest, especially with respect to discretionary income and the ability to perform economic tasks and functions.

12. **TITLE "15" U.S.C. § 13A – DISCRIMINATION IN REBATES, DISCOUNTS, OR ADVERTISING SERVICE CHARGES; UNDERSELLING IN PARTICULAR LOCALITIES; PENALTIES**
The defendants operate businesses that excel in inflated pricing, and the businesses excel in gross, disfavorable to the average U.S. American Citizen's interest, especially with respect to discretionary income and the ability to perform economic tasks and functions.

13. **TITLE "15" U.S.C. § 14 – SALE, ETC., ON AGREEMENT NOT TO USE GOODS OF A COMPETITOR**
The defendants Keller Williams Inc, function as a monopoly along with its preferred and favored trade partners Vergara Properties Inc, and Masciotti Realty organizations, where the favored are allowed to prosper and these people, of today, totally truly and completely believe in killing baby sea turtles in any sort and manner to protect their market. They lure, in, the targeted victim subject, and portend well belief to the perception of the mind, and at some point, do bad, and keep the bad occurring and continuing, and fleece continuously and provide no resolution to any problem purported.

This activity, especially performed by a unioned or disunioned conglomeration are acts of malicious willful harm of anticompetition, against fairness of transactions and exchanges of commerce and trade to deliberately harm independent operators and independent owners to prevent proliferation of trade and commerce of citizens and U.S. Nationals who are attempting economic performance in legal ways.

The defendants operate businesses that excel in inflated pricing, and the businesses excel in gross, disfavorable to the average U.S. American Citizen's interest, especially with respect to discretionary income and the ability to perform economic tasks and functions.

14. **TITLE "15" U.S.C. § 50, - OFFENSES AND PENALTIES**

Any person who shall neglect or refuse to attend and testify, or to answer any lawful inquiry or to produce any documentary evidence, if in his power to do so, in obedience to an order of a district court of the United States directing compliance with the subpoena or lawful requirement of the Commission, shall be guilty of an offense and upon conviction thereof by a court of competent jurisdiction shall be punished by a fine of not less than $1,000 nor more than $5,000, or by imprisonment for not more than one year, or by both such fine and imprisonment.

Any person who shall willfully make, or cause to be made, any false entry or statement of fact in any report required to be made under this subchapter, or who shall willfully make, or cause to be made, any false entry in any account, record, or memorandum kept by any person, partnership, or corporation subject to this subchapter, or who shall willfully neglect or fail to make, or to cause to be made, full, true, and correct entries in such accounts, records, or memoranda of all facts and transactions appertaining to the business of such person, partnership, or corporation, or who shall willfully remove out of the jurisdiction of the United States, or willfully mutilate, alter, or by any other means falsify any documentary evidence of such person, partnership, or corporation, or who shall willfully refuse to submit to the Commission or to any of its authorized agents, for the purpose of inspection and taking copies, any documentary evidence of such person, partnership, or corporation in his possession or within his control, shall be deemed guilty of an offense against the United States, and shall be subject, upon conviction in any court of the United States of competent jurisdiction, to a fine of not less than $1,000 nor more than $5,000, or to imprisonment for a term of not more than three years, or to both such fine and imprisonment.

### VII. PARTIES

1. Terrance Turner is an affiliate of USSOCOM and The Federal Bureau of Investigations. Federal Bar Appointee, INTERPOL SEC 431170989. Terrance Turner is charged with filing lawsuits during the natural course of business and life restitution activities beyond personal whim, beyond personal will, is the subject of monitoring per CIA AND USSOCOM directive and military intelligence clearance clandestine programs.