UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>KELLER WILLIAMS REALTY, INC., et al.,<br><br>        Defendants. | Case No.  23-cv-05533-VC<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND DISMISSING CASE FOR LACK OF JURISDICTION**<br><br>Re: Dkt. No. 6 |

Turner's Motion for a Temporary Restraining Order is denied as frivolous. Turner's complaint is also dismissed, without leave to amend, for lack of subject matter jurisdiction under Rule 12(b)(1) because it is wholly frivolous and implausible. *See Jeloudov v. Wells Fargo Bank N.A.*, No. 20-CV-02492-VC, 2020 WL 7041474 (N.D. Cal. Dec. 1, 2020*); see also Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998). The Court will not consider any further filings from Turner in this case.

      **IT IS SO ORDERED.**

Dated: March 14, 2024

_____

VINCE CHHABRIA
United States District Judge